JAY GILBERT, Who Sues on Behalf of Himself and Other Holders of the Preferred Stock of FRANK GILBERT PAPER COMPANY, Who Are Situated Similarly with Himself, Respondent, v. FRANK GILBERT PAPER COMPANY and Others, Appellants, and LOUIS M. JOSEPHTHAL and Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRANK B. GREEN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals granted.

HELEN LITCHFIELD, Respondent, v. GEORGE CHAPMAN, Appellant, Impleaded with ARTHUR CHAPMAN, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

FANNIE LURCOX, as Administratrix, etc., of SOPHIA BRADLEY, Deceased, Respondent, v. WAVERLY, SAYRE AND ATHENS TRACTION COMPANY, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent.  In the Matter of the Claim for the Death of WALTER WESP, Made under the Workmen's Compensation Law, by His Widow, EMILY L. WESP, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MICHAEL VACCA, Respondent, for Compensation under the Workmen's Compensation Law, v. GENESEE AND WYOMING RAILROAD COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim for the Death of PETER H. ARMANET, Made under the Workmen's Compensation Law, by His Widow, LILLIAN ARMANET, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by BRIDGET MCNAMARA, Administratrix, etc., of JOHN J. MCNAMARA, Deceased, and by BRIDGET MCNAMARA, Widow of JOHN J. MCNAMARA, Deceased, Respondent, v. M. J. DEMPSEY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the State Industrial Board for further consideration, with costs to the appellant to abide the event.   All concur.   [See 199 App. Div. 948; 200 id. 880.]

Before STATE INDUSTRIAL BOARD, Respondent.  In the Matter of the Claim of NICOLLO CILLUFFO, Respondent, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Employer and Self-Insurer, Appellant.— Award reversed and matter remitted to the Board on the ground that the award should have been for reduced earnings, with costs to the appellant to abide the event.   All concur.